# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bostwick, Janet E. | U.S. Bankruptcy Court, Massachusetts | 07/10/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

J.W. McCormack Post Office and Court House
5 Post Office Square, Suite 1150
Boston, MA 02109-3945

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. President, Director, Officer | Janet E. Bostwick, PC |
| 2. Director, Chair- Pro Bono Committee | American College of Bankruptcy Foundation |
| 3. Co-Chair, Administration and Courts Subcomittee (Sept. 2020- present) | American Bar Association, Business Law Section, Business Bankruptcy Committee |
| 4. Co-Chair, Closely Held and Small Business (until Sept. 2020) | American Bar Association, Business Law Section, Business Bankruptcy Committee |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bostwick, Janet E. | 07/10/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bostwick, Janet E. | 07/10/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Massachusetts Bar Association | Free Membership Dues | $425.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bostwick, Janet E.** | 07/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Citizens Bank, N. A. Cash Accounts | A | Interest | M | T | | | | | |
| 2. First Republic Bank Cash Accounts | A | Interest | K | T | | | | | |
| 3. Brokerage Account (H) | | | | | | | | | |
| 4. -Wells Fargo Bank Cash Account | A | Interest | K | T | | | | | |
| 5. -Calamos Growth Fund | A | Dividend | J | T | | | | | |
| 6. -American Funds Capital World Growth & Income Fund | A | Dividend | K | T | | | | | |
| 7. - Gabelli Small Cap Growth Fund | D | Dividend | K | T | | | | | |
| 8. IRA Account #1 (H) | | | | | | | | | |
| 9. -Fidelity 500 Index Fund | B | Dividend | L | T | | | | | |
| 10. - The Hartford MidCap Fund | C | Dividend | K | T | | | | | |
| 11. -Invesco Oppenheimer Developing Markets Fund | A | Dividend | K | T | | | | | |
| 12. - MFS Value Fund | B | Dividend | L | T | | | | | |
| 13. -Meridian Small Cap Growth Fund | B | Dividend | L | T | | | | | |
| 14. -Metropolitan West Total Return Bond Fund | C | Dividend | L | T | | | | | |
| 15. -MainStay Winslow Large Cap Growth Fund | C | Dividend | L | T | Sold<br>(part) | 10/09/20 | J | A | |
| 16. -American Funds EuroPacific Growth Fund | A | Dividend | M | T | | | | | |
| 17. -PIMCO Emerging Markets Bond Fund | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bostwick, Janet E.** | 07/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  -Principal High Yield Fund | B | Dividend | K | T | | | | | |
| 19.  -Undiscovered Managers Behaviorial Value Fund | A | Dividend | K | T | | | | | |
| 20.  -Virtus Vontobel Emerging Markets Opportunities Fund | A | Dividend | K | T | | | | | |
| 21.  -Wells Fargo Special Mid Cap Value Fund | A | Dividend | K | T | | | | | |
| 22.  IRA Account #2 (H) | | | | | | | | | |
| 23.  - Wells Fargo Bank Cash Account | A | Interest | J | T | | | | | |
| 24.  - Calamos Growth Fund | B | Dividend | K | T | | | | | |
| 25.  -Invesco Oppenheimer Global Opportunities Fund | A | Dividend | J | T | | | | | |
| 26.  - Lord Abbett MidCap Fund | A | Dividend | J | T | | | | | |
| 27.  -Lord Abbett Developing Growth Fund | C | Dividend | K | T | | | | | |
| 28.  IRA #3 (H) | | | | | | | | | |
| 29.  -Calamos Growth Fund | B | Dividend | K | T | | | | | |
| 30.  IRA Account #4 (H) | | | | | | | | | |
| 31.  - Wells Fargo Bank Cash Account | A | Interest | K | T | | | | | |
| 32.  - American Funds Capital World Growth and Income Fund | A | Dividend | K | T | | | | | |
| 33.  -Invesco Oppenheimer Developing Markets Fund | | None | K | T | | | | | |
| 34.  -Lord Abbett Mid Cap Stock Fund | A | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bostwick, Janet E. | 07/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  -Lord Abbett Developing Growth Fund | C | Dividend | K | T | | | | | |
| 36.  -Wells Fargo Asset Allociation Fund | C | Dividend | M | T | | | | | |
| 37.  -First Trust Select DSIP 3rd Quarter 2019 Series | A | Dividend | | | Redeemed | 10/19/20 | K | B | |
| 38.  -TriState Capital Bank Cash Account | A | Interest | | | Closed | 03/30/20 | K | A | |
| 39.  -First Trust Select DSIP 4th Quarter 2020 Series | A | Dividend | K | T | Buy | 10/20/20 | K | | - |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Janet E. Bostwick PC, my solo law practice, ceased operations as of September 26, 2019, except for remaining activities to collect asssets, pay expenses and winddown the firm.

The Wells Fargo Cash Account in IRA #1, listed on line 44 of the prior 2019 Annual report, is not included because it fell below the reporting threshold.

IRA#5, listed in lines 63 to 119 of the 2019 Annual report, was closed in 2019.

IRA#6, listed in lines120 to 180 of the 2019 Annual report, was closed in 2019.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Janet E. Bostwick**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544